# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINA VIRAY,** | Case No. 1:11-cv-00029-AWI-GSA |
| Plaintiff, | **ORDER** |
| vs. | |
| **LOMBARDO, DAVIS & GOLDMAN FIRM, LLC; and FRANK DAVIS, an individual,** | |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiff's Request to Continue the Initial Case Management Conference from April 14, 2011, at 9:00 a.m. to May 19, 2011, at 9:00 a.m. is hereby granted.

IT IS SO ORDERED.

Dated:   **April 6, 2011**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE