1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT FOR THE
6                              EASTERN DISTRICT OF CALIFORNIA
7
   CHRISEANA VIRAY,                          )    NO. 1:11-CV-00029 AWI GSA
8                                            )
                        Plaintiff,           )    ORDER CLOSING THE CASE
9                                            )    DUE TO VOLUNTARY
         v.                                  )    DISMISSAL WITH PREJUDICE
10                                           )
   LOMBARDO, DAVIS & GOLDMAN                 )
11  FIRM, LLC, and FRANK DAVIS, an           )
   individual,                               )
12                                           )
                        Defendants.          )
13  _____ )
14
15         On June 15, 2011, Plaintiff filed a request for dismissal of this case with prejudice.   This
16  notice is made pursuant to  Federal Rule of Civil Procedure 41(a)(1)(i).
17         In Wilson v. City of San Jose, the Ninth Circuit explained:
18         Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his
19         action prior to service by the defendant of an answer or a motion for summary
           judgment. Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing
20         Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir.
           1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of
21         dismissal prior to the defendant's service of an answer or motion for summary
           judgment. The dismissal is effective on filing and no court order is required. Id.
22         The plaintiff may dismiss some or all of the defendants, or some or all of his
           claims, through a Rule 41(a)(1) notice.  Id.; Pedrina v. Chun, 987 F.2d 608, 609-
23         10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal with the court
           automatically terminates the action as to the defendants who are the subjects of
24         the notice.  Concha, 62 F.2d at 1506.  Unless otherwise stated, the dismissal is
           ordinarily without prejudice to the plaintiff's right to commence another action for
25         the same cause against the same defendants. Id. (citing McKenzie v. Davenport-
           Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal
26         leaves the parties as though no action had been brought.  Id.
27
28

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case and it appears that no such answers or summary judgment motions have been served. Because Plaintiff has exercised her right to voluntarily dismiss the complaint under Rule 41(a)(1), this case has terminated. See Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that the Clerk is ordered to close this case in light of Plaintiff's Rule 41(a)(1)(i) requested dismissal with prejudice.

IT IS SO ORDERED.

Dated:    June 16, 2011                      _____

CHIEF UNITED STATES DISTRICT JUDGE

2